JOHN SCHWENDNER, Respondent, v. FRED SCHNEIDER and Another, Appel-

lants.— Judgment and order reversed and a new trial ordered, with costs to appellants to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $5,179.41; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.